IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02194-WDM-MJW

MARY ANN BOGNER,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY, a/k/a Liberty Life Assurance Company of Boston, doing business under the designation Liberty Mutual and d/b/a Liberty Group Disability Claims, and a member of Liberty Mutual Group;
LAND O'LAKES, INC., as Plan Administrator of the Land O'Lakes FLEX Plan and as Plan Administrator of the Land O'Lakes Disability Insurance Plan, and
LAND O'LAKES DISABILITY INSURANCE PLAN, also known as the Land O'Lakes Disability Plan, and as part of the Land O'Lakes FLEX Plan.

Defendants.

---

## ORDER MODIFYING DEADLINE FOR BRIEFS UNDER ERISA
( Docket No 34 )

THIS CIVIL ACTION came before the court based upon Plaintiff's Unopposed Motion for Modification of Schedule for Briefs Under ERISA. The court has reviewed the motion and finds that good cause has been shown to modify the schedule for briefs. It is, therefore,

ORDERED that the deadline for opening briefs on the merits under ERISA is now scheduled for October 26, 2007, and the date for response briefs will be November 26, 2007.

DATED and signed this 27th day of September, 2007.

BY THE COURT:

_____
District Court Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO