IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02194-WDM-MJW

MARY ANN BOGNER,

Plaintiff(s),

v.

LIBERTY LIFE ASSURANCE COMPANY, et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that the Third Unopposed Motion to Modify Briefing Schedule (Docket No. 49) is GRANTED.  Submission of opening briefs deadline is extended to November 30, 2007, and response briefs shall be due on January 2, 2008, for all parties.

Date: November 15, 2007