IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02194-WDM-MJW

MARY ANN BOGNER,

Plaintiff(s),

v.

LIBERTY LIFE ASSURANCE COMPANY, et al.,

Defendant(s).

## MINUTE ORDER

    It is hereby ORDERED that the Fourth Unopposed Motion to Modify Briefing Schedule, DN 54, filed with the Court on November 30, 2007, is GRANTED and the date for the submission of Lake O'Lakes Opening Brief on the merits under ERISA is modified up to and including December 17, 2007.

Date: December 4, 2007