IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-02194-WDM

MARY ANN BOGNER,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiff's sixty-page opening brief, filed October 26, 2007 (Doc #43) is excessive in length and therefore is stricken, pursuant to D.C.COLO.LCivR7.1H. *Cf.* Judge Miller's Pretrial and Trial Procedures (limits summary judgment briefs to twenty pages). Thus, Defendant's Motion to Strike (Doc #45), filed November 6, 2007 is granted and Plaintiff's Motion for Approval of the Length of Her Brief (Doc #51), filed November 13, 2007 is denied. However, given the length of the administrative record, Plaintiff may have forty pages for her opening brief. Defendants may have forty pages to respond and Plaintiff may file a reply brief up to twenty pages. Plaintiff may file a revised brief on or before December 14, 2007.

Dated: December 5, 2007

                                                            s/ Kathy Preuitt-Parks, Deputy Clerk