IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-02194-WDM-MJW

MARY ANN BOGNER,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY, et al.,

    Defendants.

## NOTICE OF DISMISSAL OF CERTAIN DEFENDANTS ONLY

    The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to Land O'Lakes, Inc, as Plan Administrator, and Land O'Lakes Disability Insurance Plan only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on January 23, 2008.

                                                      BY THE COURT:

                                                      s/ Walker D. Miller
                                                      United States District Judge

PDF FINAL