IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-02194-WDM

MARY ANN BOGNER,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendant's motion to file supplemental authority is granted.

Dated: July 24, 2008

                                          s/ Jane Trexler, Judicial Assistant